IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 APR 15 P 1:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Brad E. Culver, AIS 183424

<u>Names of Plaintiffs are attached hereto...</u>
Full name and prison number
of plaintiff(s)

2:14-cv-424-MEF-SRW

v.

<u>Robert Bentley, Governor;</u>
<u>Cam Ward, State Senator;</u>
<u>Kim Thomas, Commissioner;</u>
<u>Christopher Gordy, Warden;</u>
<u>Mike Hubbard, Representative</u>

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. <u>2:14-cv-279-MEF</u>
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2. Court (if federal court, name the district; if
         state court, name the county) _____N/A_____

1

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Ventress Correctional Facility, for the Alabama Department of Corrections__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Alabama State House; Govenor's office through the A.D.O.C. prison facilities.__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                              ADDRESS

1. __Mike Hubbard; 11 South Union Street; Montgomery, Ala. 36130__
2. __Robert Bentley; C 600 Dexter Ave; Rm-N-104, Mont. Ala. 36130__
3. __Kim Thomas; 301 S. Ripley Street; P.O. Box 301501, Mont. Ala. 36130__
4. __Christopher Gordy; 379 Hwy. 239 N.; Clayton, Ala. 36016__
5. __Cam Ward; 124 Newgate Rd.; Alabaster, Al. 35007-8407__
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __Past, Present and future, warranting intervention from this Honorable Court to protect U.S. Citizens.__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Conspiracy by Defendant(s) herein, violates Plaintiff's 8th and 14th Amendment(s) rights of the U.S. systemic deficiencies.__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendants acting in a concerted conspiracy, to systemic their overcrowded, prison facilities with severe overcrowing, that is heightened by the dormitory living arrangements, with bunks packed together too closely; the security, sanitation, plumming, classification and parole are impossible to maintain constitutional requirements as mandated. Thereby, this U.S. Dist. Ct. is under a duty to intervene to protect incarcerated citizens from such wholesale infringements of Plaintiffs clearly established rights.

GROUND TWO: The Defendants has (are) showing deliberate indifference and wanton, as they systematically violate Petitioners clearly established Constitutional right to be free from cruel and unusual punishment.

SUPPORTING FACTS: The dilapidation of the physical structures in Ala. Penal System, contributes to extremely unsanitary living conditions. Most of the windows are broken and un-screened, creating a serious problem with mosquitoes, flies and countless other insects. Old and filthy cotton mattresses has lead and continues to lead to the spread of contagious diseases and body lice. Nearly all inmates living quarters are inadequately heated and ventilated. Most of the dorms have broken and/or outdated smoke detectors and are totally inadequate.

GROUND THREE: The Defendants has (are) showing deliberate indifference and wanton, as they systematically violate Petitioners clearly established Constitutional right to be free from cruel and unusual punishment.

SUPPORTING FACTS: The inmate population contains a number of aged and infirm, who are often housed in dormitories in which conditions are particularly hazardous. There are no special programs to meet the needs of these people, and they are frequently un-protected from the general population. Many are scarcely able to move without help, with no adequate means of evacuation in the event of a fire, or other physical emergency to which the elderly are susceptible. In this idleness, filth and despair, the condition of these inmates can only be expected to deteriorate further.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff's seek a trial by Jury. Also, declartory and protective injunction relief under 42 USC § 1983; 1985; 1986; and 42 USC § 1988. Also under 18 USC § 241 and 242 of the U.S. Code Service. This class Action is under 28 U.S.C. §§ 1343, 2201 and 2202. Also, under Rule 52 and 23(a) and (b)(2) of the F.R.C.Pro. Plaintiffs Seek Compensatory damages and monetary damages for the lost of Plaintiff's [R]ights in the sum of $250,000,000.00

_____ # 252285
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-12-2013 .
                  (Date)

_____ # 252285
Signature of plaintiff(s)

2. Dymous Stratton  # 279365
3. Dashill Cherry  # 194996
4. Michael Alexander  # 177711
5. Mawush Khalin  # 259174
6. David McCainey  # 133469
7. Brad Culver  # 183924
8. Demarios McCall  # 210161
9. Everett Griffin  # 200423
10. Nathan Roberson  # 206392
11. Christopher Cockrell  # 221071
12. DeJuan Richey  # 251235
13. James A. Perdue  # 145404
14. Corey Clark  # 172448
15. Jihad Ra'uf  194030
16. Marlon J. Dailey  # 189344
17. Reginald White Jr.  # 251345
18. Brendon Creek  # 283082
19. Tracy Hood  # 284719
20. Richard Heard  # 251618
21. Timothy Maulet  # 258356
22. Anathu Roby  # 247432
23. Emmitt Jones  161334  # 24-A
24. Robert James Shinn Jr.  151346
25. Kenneth Brown  276226
26. Timothy L. Hooks  # 226446
27. Aaron Young  265807
28. Jeremy Grissom  284247
29. Michael Oliver  154128

4

# STATE OF ALABAMA
### Department of Corrections
### Inmate Stationary

30) Jeremy Owens 259726
31) Carey Thomas 261827
32) Michael Stevenson 262775
33) Michael Baker 228870
34) Timothy Fox 275599
35) Gregory Jackson 128914
36) Ollie Orr 165940
37) Jerry Zene 169573
38) Terrence Salter 286952
39) Jason Stewart 284750
40) Gregory Williams 144700
41) Quintin Hogan 260677
42) Kenneth Boggan 133556
43) Nathan Thigpen 191396
44) Karlos Chick 280996
45) Jason Hill 189756
46) Antonio Groce 273099
47) Cardell J. Craig-El 275370
48) Robert Wright 278248
49) Anthony Hood 201226
50) Joseph Owens #279679
51) Patrick Kirkman #261920
52) Rodney Woodget #239601
53) Markist Connell 284901
54) Bryon Phillips 231727
55) John Lee 270456
56) Franklin Collins 150739
57) Quen Armstrong 286803
58) Yuriel Duff 264521
59) Ken Smith 159350
60) Peter Hampton 150165
61) James Lacey 247019

62) Jonathan Quarles 275341
63) Samuel M. Fort 210278
64) Demetrius Jordan 162730
65) Lenzy Gibson 260606
66) Timothy Maddox 277883
67) William Leonard 273398
68) Ian Hubbard 266987
69) Michael Campbell 222912
70) Brandon Thompson 217751
71) Jackson Young 230430
72) Sidney Dunaway 247694
73) Ivan Johnson 206812
74) Anthony Marbury-EL 226054
75) Eshey Stedghill-Bey 233633
76) Michael Morris-Bey 149954
77) Lavern Wilson 175723
78) Michael McCollum 181885
79) Jerry Miller 249592
80) Walter McRath 289849
81) Michael Godsey 282804
82) Kenneth Cooper 170731
83) Glenn Baldwin 263340
84) Joseph Allen 172053
85) Demetrice Russell 250041
86) John Martin 290324
87) John Bell 287705
88) Romero Jackson 274236
89) Travis Plummer 243798
90) William Jones 123742
91) Raymond Britt 280182
92) Hakim Daubo 266979
93) Emmett Thomas 155564

# STATE OF ALABAMA
Department of Corrections
Inmate Stationary

N266

| # | Name |
|---|---|
| 94) | Julius Holtzclaw #178149 |
| 95) | Ronald Grier 163608 |
| 96) | Michael Lewins 145806 |
| 97) | Robert White 288959 |
| 98) | Bill Parry 278309 |
| 99) | Terence V. Haggood AIS 288256 |
| 100) | Steven Lee Anderson SR 286382 |
| 101) | James L Smith 278572 |
| 102) | Guy Dudley 132684 |
| 103) | Danny Bailey 289764 |
| 104) | Thomas Benson 225039 |
| 105) | Timothy Anthony 197996 |
| 106) | Prentiss Matthews 295740 |
| 107) | Marvin Walton 200286 |
| 108) | Wayne Whitten 288099 G2-18A |
| 109) | Michael Jimerson 286337 G13B |
| 110) | Leslie Browning 262967 DV33B |
| 111) | Ronald L. Gordon 282928 D47A |
| 112) | Curtis N Ramsey 249622 G2-30B |
| 113) | Travis Williams 205573 E-4 19B |
| 114) | Darwin McAlpin 168207 |
| 115) | Jerry L Lett 290614 B1-47A |
| 116) | Courtney L Cook 199996 F4 31BB |
| 117) | Jermaine R Scott 271741 E413A |
| 118) | Clemitry A. Helms #259202 |
| 119) | Danny Hansel 216151 |
| 120) | William Hughes 228116 |
| 121) | Ivan Johnson 206812 H-22A |
| 122) | K___ Zoch 159730 |
| 123) | William Helms 279796 |
| 124) | Clifford B. Ellis #208226 |
| 125) | Robert James Shinn Jr. 151346 |
| 126) | Manuel George 199371 |
| 127) | Donald Nees 286305 |
| 128) | Jerrick McInnis #280760 |
| 129) | Ricky Allen #221046 |
| 130) | Kevin McKinnon #223543 |
| 131) | Willie Montgomery #127212 |
| 132) | Brown, El Robert 322197 |
| 133) | Roger Evans 221203 |
| 134) | Reginald McBride 172443 |
| 135) | Clav Drieu 162484 |
| 136) | David Williams 186904 |
| 137) | Frederic Howard 198122 |
| 138) | Ronald Harris 150566 |
| 139) | Laregis Ferrell 240166 |
| 140) | Patrick Cochran 277488 |
| 141) | Charles Molan 207663 |
| 142) | Terry Young 231231 |
| 143) | Roosevelt Horton 160673 |
| 144) | Daniel Johnson 287977 |
| 145) | Clarence Gandy #282694 |
| 146) | David W. Huntington JR 272066 |
| 147) | Chris Tackaberry 243349 |
| 148) | Jason Brumberry 219275 |
| 149) | Douglas Giles 13 39040 |
| 150) | Miguel Cabon 28421 |
| 151) | Michael Milton 290017 H-73-A |
| 152) | Demetrius Jordan 162730 |
| 153) | Nakia Nelson 176121 |
| 154) | Quinton ___ 234141 |
| 155) | ___ 258356 H-67-A |
| 156) | James Preston 255044 |
| 157) | Anthony Fairley 245755 |

NAME Jason T. Hall  AIS #252285  DORM M/100-A
VENTRESS CORRECTIONAL FACILITY
P.O. BOX 767
Clayton, AL 36016

MONTGOMERY AL
14 APR 2014 PM

Alabama Middlle
United States District Courts
Post Office Box 711
Montgomery, Al. 36101

36101071111

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

✱Legal Mail✱



NAME Jason J. Hall   AIS #252985   DORM #H1
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

Alabama Middle
United States District Courts
P.O. Box 711
Montgomery, Al. 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."